Charles H. Baldwin, as Commissioner of Agriculture and Markets of the State of New York, Respondent, v. Concord Casualty and Surety Company,

---

* Motion to dismiss appeal denied, 262 N. Y. 517.

Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to Court of Appeals denied.